IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DOUGLAS A. TURNER, and wife, DIANE TURNER, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) Civil Action No. 3:06cv0639 |
| LIBERTY NATIONAL LIFE INSURANCE COMPANY, | ) ) Judge Thomas A. Wiseman, Jr. ) ) |
| Defendant. | ) |

## ORDER AND FINAL JUDGMENT

Before the Court is Defendant Liberty National Life Insurance Company's Motion for Summary Judgment (Doc. No. 32). For the reasons set forth in the accompanying Memorandum Opinion, the Court finds that the motion is meritorious and should be granted.

Accordingly, Liberty National's Motion for Summary Judgment (Doc. No. 32) is hereby **GRANTED** and this matter **DISMISSED**. Judgment is hereby entered in favor of Liberty National.

It is so **ORDERED**.

This is a final judgment for purposes of Fed. R. Civ. P. 58.

_____
Thomas A. Wiseman, Jr.
Senior U.S. District Judge